# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katie Jimenez,<br>          Plaintiff<br><br>v.<br><br>Comcast Corporation,<br>          Defendant | Docket No. 3:15-cv-1776-ARC<br><br>(JUDGE A. RICHARD CAPUTO)<br><br><br><br>ELECTRONICALLY FILED |

## **STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

| | |
|---|---|
| s/ Brett Freeman | s/ Michael McTigue, Jr. (with consent) |
| Brett Freeman | Michael McTigue, Jr. |
| Bar Number PA 308834 | Bar Number PA 69548 |
| Attorney for Plaintiff | Attorney for Defendant |
| Sabatini Law Firm, LLC | Drinker Biddle & Reath, LLP |
| 216 N. Blakely St. | One Logan Square, Suite 2000 |
| Dunmore, PA  18512 | Philadelphia, PA 19103 |
| Phone (570) 341-9000 | Phone (215) 988-2700 |
| Facsimile (570) 504-2769 | Facsimile (215) 988-2757 |
| Email bfecf@bankruptcypa.com | Email michael.mctigue@dbr.com |