Case 3:15-cv-01776-ARC Document 21 Filed 03/16/17 Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katie Jimenez, <br>       Plaintiff <br><br> v. <br><br> Comcast Corporation, <br>       Defendant | Docket No. 3:15-cv-1776-ARC <br><br> (JUDGE A. RICHARD CAPUTO) <br><br> ELECTRONICALLY FILED |

## ORDER

The parties having filed a stipulation of dismissal, IT IS ORDERED that this action is hereby dismissed with prejudice, with each side to bear its own fees and costs.

The Clerk of Court is directed to close the case.

Date: March 16, 2017

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

MAR 1 6 2017

PER _____
DEPUTY CLERK